IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Respondent/Plaintiff,* | § | |
| | § | |
| vs. | § | No. 3:02-CR-0283-R (01) |
| | § | No. 3:05-CV-0781-R |
| FRANKIE L. MARTIN, SR., | § | |
| | § | |
| *Petitioner/Defendant.* | § | |



SEP 2 8 2005

CLERK, U.S. DISTRICT COURT
By _____

## ORDER

United States Magistrate Judge Irma Carrillo Ramirez, filed Findings, Conclusions and a Recommendation in this case on September 8, 2005. No objections were filed. After reviewing Judge Ramirez's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b), the Court concludes that they are correct and are hereby **ADOPTED** as the findings of this Court.

It is so **ORDERED**.

SIGNED: September 27, 2005.

JUDGE JERRY BUCHMEYER
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS